# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES-GENERAL

Case No.: **CV 18-10213-SJO (PLA)**                          Date: **February 7, 2019**

Title:   **Kathleen Mary Pratt v. Nancy A. Berryhill**

---

PRESENT: THE HONORABLE **PAUL L. ABRAMS**          ☐ U.S. DISTRICT JUDGE
                                                                              ☒ MAGISTRATE JUDGE

| **Christianna Howard** | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

**ATTORNEYS PRESENT FOR PLAINTIFF:**                **ATTORNEYS PRESENT FOR DEFENDANT:**
NONE                                                                          NONE

**PROCEEDINGS:  (IN CHAMBERS)**

Pursuant to the Court's December 14, 2018, minute order, plaintiff was required to serve the summons **and the December 7, 2018, complaint that she filed to initiate this action** on defendants.  On January 8 and January 18, 2019, plaintiff filed proofs of service that do **not** indicate that she served her December 7, 2018, complaint, as required to proceed with this action.  Accordingly, on January 22, 2019, the Court ordered that plaintiff, no later than January 29, 2019, file proof that she has served the December 7, 2018, complaint on defendants in this action, as required by the December 14, 2018, minute order (see paragraph 1).  As of the date of this Order, plaintiff has not done so.

**No later than February 14, 2019**, plaintiff is ordered to show cause why this action should not be dismissed for failure to prosecute and follow court orders.  Filing of proof that plaintiff has served the December 7, 2018, complaint on defendants in this action, as required by the December 14, 2018, minute order, shall be deemed compliance with this Order.  **Plaintiff's failure to respond to this Order will result in a recommendation that this action be dismissed**.


cc:     Kathleen Mary Pratt, Pro se
        AUSA - Office of the US Attorney, Civil Division

Initials of Deputy Clerk     ch