## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES-GENERAL

Case No.: **CV 18-10213-SJO (PLA)**　　　　　　　　　　　　　Date: **November 5, 2019**

Title:　**Kathleen P. v. Nancy Berryhill**

---

**PRESENT:　THE HONORABLE　PAUL L. ABRAMS**
**UNITED STATES MAGISTRATE JUDGE**

| **Christianna Howard** | **N/A** | **N/A** |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

**ATTORNEYS PRESENT FOR PLAINTIFF:**　　　　　**ATTORNEYS PRESENT FOR DEFENDANT(S):**
　　　　　NONE　　　　　　　　　　　　　　　　　　　　　　　　NONE

**PROCEEDINGS:**　　　(IN CHAMBERS)

Pursuant to this Court's Order of December 14, 2018, plaintiff was ordered to file a Motion for Summary Judgment forty-five days from the filing of plaintiff's Notice of Compliance, i.e., by October 31, 2019. To date, the Motion for Summary Judgment has not been filed with the Court. Accordingly, **no later than November 12, 2019, plaintiff is ordered to show cause** why this case should not be dismissed for failure to prosecute. Filing of the Motion for Summary Judgment fully consistent with the Court's December 14, 2018, Order on or before November 12, 2019, shall be deemed compliance with this Order to Show Cause.

cc:　　Kathleen P., pro se
　　　　Paul H. Sachelari, SAUSA

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Initials of Deputy Clerk　　ch