# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| KATHLEEN M. P., | No. CV 18-10213-SJO (PLA) |
| Plaintiff, | **JUDGMENT OF REMAND** |
| v. | |
| ANDREW M. SAUL, COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION, | |
| Defendant. | |

The Court having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence 4 of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation of Remand") lodged concurrent with the lodging of the within Judgment of Remand,

/
/
/
/
/
/

| | |
|---|---|
| 1 | IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation of Remand. |

IT IS SO RECOMMENDED:

DATED: January 23, 2020

_____
HON. PAUL L. ABRAMS
UNITED STATES MAGISTRATE JUDGE

IT IS SO ORDERED:

DATED: January 30, 2020

_____
HONORABLE S. JAMES OTERO
SENIOR UNITED STATES DISTRICT JUDGE